UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Belinda Tay,

                            Plaintiff,

       -against-

The New York and Presbyterian Hospital, et al.,

                          Defendants.

-----------------------------------------------------------------X

7:22-CV-8379 (VR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/2023

**VICTORIA REZNIK, United States Magistrate Judge:**

       The Court is in receipt of the parties' joint letter, dated August 23, 2023. (ECF No. 49). The joint letter identifies the parties' potential disagreement over the following: (1) the topics listed in Plaintiff's notice of Rule 30(b)(6) deposition; (2) sampling of class discovery; (3) whether and when Defendants must provide an estimate of the total class size; (4) whether and when Defendants must produce contact information of putative class members; and (5) Plaintiff's request for a deadline by which Defendants must produce e-discovery.

       The Court believes that it is premature to rule on the parties' disputes as to the Rule 30(b)(6) deposition topics, the sampling of class discovery, or the production of e-discovery. The parties' joint letter indicates that they are continuing to meet and confer on these issues and should continue to do so.

       As to whether and when Defendants must provide an estimate of the total class size and must produce contact information of putative class members, the parties are directed to submit a joint letter, by no later than **September 19, 2023**, setting forth their respective positions, including any supporting legal authority.

The Court has scheduled a **Telephonic Status Conference** before the Honorable Victoria Reznik, United States Magistrate Judge, on **September 28, 2023, at 11:00 AM**.

**The parties are to dial in to the AT&T Teleconference Line at (877) 336-1839, enter access code 5999739, then # to enter the conference.**

**SO ORDERED.**

DATED:   White Plains, New York
    September 5, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge