UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Berlinda Tay,

                              Plaintiffs,                  **ORDER RE STATUS CONFERENCE**

         -against-                                         7:22-cv-08379-KMK_VR

The New York Presbyterian Hospital.,

                              Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for 1/3/24 at 10 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
                 December 4, 2023

                                                       _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2023