

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

John Houston Pope
Tel: 212.351.4641
Fax: 212.878.8600
jhpope@ebglaw.com

February 13, 2024

**VIA ECF**

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:  *Tay v. The New York and Presbyterian Hospital,*
           Case No. 7:22-cv-08379-KMK

Dear Judge Karas:

    We represent the Defendant, The New York and Presbyterian Hospital ("Hospital"), in the above-identified matter. We write jointly with counsel for Plaintiff Berlinda Tay ("Plaintiff") to respectfully request that the Court adjourn the case management conference currently scheduled for February 15, 2024 at 11:30 a.m.

    As reflected in the parties' joint status report to Magistrate Judge Reznik, filed on February 2, 2024 (DE 88), no current disputes exist between the parties with respect to discovery or related case management. Fact discovery concluded on January 31, 2024, (DE 69), with the exception of the stayed deadline to complete certain depositions (DE 73). In accordance with the briefing schedule Your Honor ordered (DE 69), Plaintiff filed her motion for Conditional Collective Certification on February 1, 2024. The Hospital's Opposition is due on March 1, 2024, and Plaintiff's Reply is due on March 15, 2024.

    The parties respectfully submit that the case management conference should be adjourned until after briefing is complete and the Court rules on Plaintiff's Conditional Collective Certification motion.

    The parties thank the Court for its attention to this request.

Granted. The 2/15/24 conference is adjourned sine die.

So Ordered.
2/13/24

Respectfully,

*/s/ John Houston Pope*

John Houston Pope

cc:    C.K. Lee, Esq. (via ECF)
        James Jackson, Esq. (via ECF)