# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    (212) 465-1188
cklee@leelitigation.com

October 22, 2024

**Via ECF**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Tay v. The New York and Presbyterian Hospital*
      Case No.: 7:22-cv-08379-KMK-VR

Dear Judge Karas:

We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel to Defendant to respectfully request that the Court stay all deadlines, including the deadline for the parties to submit a revised joint proposed notice, currently due on October 24, 2024 (Dkt. No. 113). The parties also agreed that the opt-in deadline shall be tolled from the date of the Opinion and Order granting the collective certification as of September 24, 2024.

The parties have agreed to pursue class-wide mediation and request the stay to focus on resolution. The parties are conferring regarding mediators and request leave to update the Court by October 28, 2024, to identify the mediator and mediation date.

This is the parties' first request to stay this deadline. We thank Your Honor for considering our request.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

Granted.

SO ORDERED:

_____
HON. KENNETH M. KARAS U.S.D.J.
10/23/2024