UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERLINDA TAY, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                    Plaintiffs,

v.

THE NEW YORK AND PRESBYTERIAN HOSPITAL, *et al.*,

                    Defendants.

Case No.:   22-cv-08379

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Berlinda Tay, Joseph Teevan, Kaylee Vasquez, and Semaye Guy ("Plaintiffs") hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated December 13, 2024, and annexed hereto as **Exhibit A**.

Dated: December 26, 2024

                                        Respectfully submitted,

                                        By: _____
                                                C.K. Lee, Esq. (CL 4086)
                                                LEE LITIGATION GROUP, PLLC
                                                148 West 24th Street, 8th Floor
                                                New York, NY 10011
                                                Tel.: (212) 465-1188
                                                Fax: (212) 465-1181
                                                *Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

John Houston Pope, Esq.
jhpop@ebglaw.com
Adriana S. Kosovych, Esq.
akosovych@ebglaw.com
875 Third Avenue
New York, New York 10022
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.