UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERLINDA TAY, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                 Plaintiff,

v.

THE NEW YORK AND PRESBYTERIAN HOSPITAL, *et al.,*

                 Defendants.

Case No.: 7:22-cv-08379

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant The New York and Presbyterian Hospital ("Defendant"), having offered to allow Plaintiffs Berlinda Tay, Joseph Teevan, Kaylee Vasquez and Semaye Guy ("Plaintiffs") to take a judgment against it, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00) ("Judgment Amount"), which would include all damages, including attorneys' fees and costs, related to Plaintiffs' FLSA claims asserted in the above-captioned action, and which shall constitute full and complete satisfaction of all FLSA claims asserted by Plaintiffs against Defendant and will result in automatic and immediate dismissal with prejudice of any and all of Plaintiffs' FLSA claims in this action against Defendant, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated December 13, 2024 and filed as Exhibit A to Docket Number 122;

**WHEREAS**, on December 26, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 122);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Berlinda Tay, Joseph Teevan, Kaylee Vasquez and Semaye Guy, in the sum of $50,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment

dated December 13, 2024 and filed as Exhibit A to Docket Number 122. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ____December 26____, 2024
       New York, New York

_____
U.S.D.J.